This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE ESTATE OF RAFAELA CABALLERO, Deceased,**

**CARLOS CABALLERO,**

  Petitioner/Cross Respondent-Appellant,

**v.**                                                                 **No. 31,381**

**EVA WAGGONER,**

  Respondent/Cross Petitioner-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

R. Carlos Caballero
Albuquerque, NM

Pro Se Appellant

Hurley, Toevs, Styles, Hamblin & Panter, PA
Gregory W. MacKenzie
Albuquerque,  NM

Law Offices of Marcus E. Garcia
Marcus E. Garcia
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**AFFIRMED.**

**IT IS SO ORDERED.**

         _____

         **MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**LINDA M. VANZI, Judge**